1 **LAW & STEIN, LLP**
MATTHEW G. STEIN (SBN 236912)
2 SHAUNA R. ANDERSON (SBN 265989)
CHAD J. BRANDEL (SBN 256019)
3 2601 Main Street, Suite 1200
Irvine, California 92614
4 Telephone (949) 501-4800
Facsimile (949) 502-4650
5 cbrandel@lawandsteinllp.com

# JS-6

6 Attorneys for Defendants and Cross-Claimants,
Becky R. Mudd Bell, Lisa T. Mudd Losness,
7 Elizabeth A. Mudd Wenderski, Danielle A. Mudd
Watson, and Matthew W. Mudd
8

9 # UNITED STATES DISTRICT COURT

10 ## CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | Case No.: 8:20-cv-01271-JVS-KES |
| 13 | |
| 14 Plaintiff, | District Judge James V. Selna Magistrate Judge Karen E. Scott |
| 15 v. | **ORDER ON JOINT NOTICE OF SETTLEMENT** |
| 16 | |
| 17 PATRICE D. MUDD, LISA T. MUDD LOSNESS, BECKY R. MUDD BELL, ELIZABETH A. MUDD WENDERSKI, DANIELLE A. MUDD WATSON, and MATTHEW W. MUDD, | [Concurrently filed with Joint Notice of Settlement] |
| 18 | |
| 19 | Complaint Filed: July 16, 2020 |
| 20 | |
| 21 Defendants. | Trial: November 2, 2021 |
| 22 AND ALL RELATED CROSS-ACTIONS | |
| 23 | |

24

25

26

27

28

# ORDER

The Court, having considered the parties' Joint Notice of Settlement, orders as follows:

The Clerk is authorized and directed to draw checks on the funds on deposit in the Registry of the Court in the principal amount of $508,511.17 plus all accrued interest payable as follows:

| Payee | Disbursal Amount | Interest to Receive | Address |
|---|---|---|---|
| Patrice D. Mudd by and through her attorney of record and issued to the Ferruzzo & Ferruzzo, LLP Client Trust Account | $254,255.59 | 50% | Dustin Sichon, Esq. Ferruzzo & Ferruzzo, LLP 3737 Birch Street, Suite 400 Newport Beach, CA 92660 |
| Becky R. Mudd Bell by and through her attorney of record and issued to the Law & Stein, LLP Client Trust Account | $50,851.12 | 10% | Chad Brandel, Esq. Law & Stein, LLP 2601 Main Street, Suite 1200 Irvine, California 92614 |
| Lisa T. Mudd Losness by and through her attorney of record and issued to the Law & Stein, LLP Client Trust Account | $50,851.12 | 10% | Chad Brandel, Esq. Law & Stein, LLP 2601 Main Street, Suite 1200 Irvine, California 92614 |
| Elizabeth A. Mudd Wenderski by and through her attorney of record and issued to the Law & Stein, LLP Client Trust Account | $50,851.12 | 10% | Chad Brandel, Esq. Law & Stein, LLP 2601 Main Street, Suite 1200 Irvine, California 92614 |
| Danielle A. Mudd Watson by and through her attorney of record and issued to the Law & Stein, LLP Client Trust | $50,851.12 | 10% | Chad Brandel, Esq. Law & Stein, LLP 2601 Main Street, Suite 1200 Irvine, California 92614 |

| Account | | | |
|---|---|---|---|
| Matthew W. Mudd by and through his attorney of record and issued to the Law & Stein, LLP Client Trust Account | $50,851.12 | 10% | Chad Brandel, Esq. Law & Stein, LLP 2601 Main Street, Suite 1200 Irvine, California 92614 |

**IT IS SO ORDERED**.

DATED:  July 30, 2021

_____
Judge of the Central District of California
James V Selna

**cc: FISCAL**

1
2
3

**CERTIFICATE OF SERVICE**
(*The Lincoln National Life Insurance Company v. Patrice D. Mudd, et al.*)
*United States District Court, Central District of California*
*Case No. 8:20-cv-01271-JVS-KES*

4
5

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action.  My business address is located at 2601 Main Street, Suite 1200, Irvine, California 92614.

6
7

    On July 30, 2021, I served, by electronic transmission, the foregoing document(s) described as follows:

8

**[PROPOSED] ORDER ON JOINT NOTICE OF SETTLEMENT**

9
10
11
12
13
14
15
16

    I am familiar with the United States District Court's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

17

**SEE ATTACHED SERVICE LIST**

18
19
20
21

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.  I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

22
23

    Executed on July 30, 2021, at Irvine, California.

24
25
26

                         _____
                         ALEXANDRIA MARQUEZ

27
28

1

**SERVICE LIST**

2

| Dustin D. Sichon, Esq.<br>**FERRUZZO & FERRUZZO, LLP**<br>3737 Birch Street, Suite 400<br>Newport Beach, CA 92660<br>T: (949) 608-6900<br>F: (949) 608-6994<br>E: dsichon@ferruzzo.com | *Attorney for Defendant/Cross-Defendant/Cross-Claimant PATRICE D. MUDD* |
|---|---|

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28